**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| AMRINDER SINGH,<br><br>Petitioner,<br><br>v.<br><br>DESERT VIEW FACILITY et al.,<br><br>Respondents. | Case No. 5:26-cv-00901-JGB-DFM<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

Accordingly, IT IS HEREBY ORDERED:

1.     The Magistrate Judge's Report and Recommendation (Dkt. 15) is ACCEPTED and ADOPTED in its entirety.

2.    The Petition for a Writ of Habeas Corpus is DISMISSED without prejudice as moot.

Date: May 20, 2026

_____
JESUS G. BERNAL
United States District Judge

2